UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Fred Runyon</u>

               v.                       Case No. 12-cv-382-SM

<u>Manchester Police Department, et al.</u>

<u>O R D E R</u>

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated March 25, 2013 (document no. 31), for the reasons set forth therein.

Plaintiff's following claims will proceed: Claims 1 and 3 (Fourth Amendment unreasonable force and false arrest claims) asserted against an unnamed Manchester Police Department officer, and Claim 7 (state law assault and battery claims) asserted against the same unnamed Manchester Police Department officer and Manchester Police Department. All other remaining claims and remaining defendants are hereby dismissed.

"'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" <u>School Union No. 37 v. United Nat'l Ins. Co.</u>, 617 F.3d 554, 564 (1st Cir. 2010) (<u>quoting</u> <u>Keating v. Secretary of Health & Human Servs.</u>, 848 F.2d 271, 275 (1st Cir.1988)); <u>see</u> <u>also</u> <u>United States v.</u>

<u>Valencia-Copete</u>, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

    SO ORDERED.

                                                          _____
                                                          Steven J. McAuliffe
                                                          United States District Judge

Date: April 19, 2013

cc:   Fred Runyon, pro se