UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Fred Runyon

v.                          Civil No. 12-cv-382-SM

Manchester Police
Department, et al.


O R D E R


On May 29, 2013, a preliminary pretrial conference was
held in this case.  Plaintiff appeared via video on his own
behalf; Attorney Robert J. Meagher appeared for defendants.
Because the court adopts a discovery order that the court
discussed with the parties at the pretrial hearing, the
court denies as moot defendant's Proposed Discovery Plan
(document no. 40).

The discovery order is summarized in the chart below.

| Scheduling Designation | Deadline |
|---|---|
| **Track Assignment** | Standard – 12 months |
| **Electronic Discovery** | Electronic discovery will be provided in paper format. |
| **Interrogatories** | A maximum of 25 interrogatories by each party to any other party.  Responses due pursuant to Fed. R. Civ. P. 29. |
| **Requests for Admission** | A maximum of 25 requests by each party to any other party. Responses due pursuant to Fed. R. Civ. P. 29. |
| **Depositions** | A maximum of 5 depositions by plaintiff and 5 depositions total by defendants.  Each |

| | |
|---|---|
| | deposition limited to a maximum of seven hours, unless extended by agreement |
| **Disclosure of Claims Against Unnamed Parties** | August 2, 2013 |
| **Motions to Dismiss** | September 1, 2013 |
| **Third-Party Actions** | September 1, 2013 |
| **Joinder of Additional Parties** | Plaintiff: September 1, 2013<br>Defendants: October 1, 2013 |
| **Amendment of Pleadings** | Plaintiff: September 1, 2013<br>Defendants: October 1, 2013 |
| **Plaintiff's Demand** | October 1, 2013 |
| **Defendants' Offer** | November 1, 2013 |
| **Experts and Experts' Written Reports** | Plaintiff: November 1, 2013<br>Defendants: December 2, 2013 |
| **Experts and Experts' Written Supplementations under Rule 26(e)** | Plaintiff: November 16, 2013<br>Defendants: December 17, 2013 |
| **Completion of Discovery** | December 17, 2013 |
| **Motions for Summary Judgment** | December 17, 2013 |
| **Challenges to Expert Testimony** | February 28, 2014 |
| **Trial Date** | Two-week period beginning April 15, 2014 |

The clerk's office is directed to send a copy of defendants' proposed discovery plan (doc. no. 40) to plaintiff.

_____
Landya B. McCafferty
United States Magistrate Judge

May 29, 2013

cc:  Fred Runyon, pro se
     Robert J. Meagher, Esq.